B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri

In re:

Darrel Maurice Hackmann &  
Pamela Marie Hackmann

Case No. 10-53394  
Chapter 13

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept thus far        $ 3,000.00
                                                                 2,000.00
   Prior to the filing of this statement I have received       $ 1,000.00

   Balance Due is to be determined after attornry fee billing and Oder of the Court; the above amount is in Attorney Trust account and no distibution for Attorney fees from this amount, $25,000, until ordered by the Court.

2. The source of the compensation paid to me was:  
   ☒ Debtor             ☐ Other:  
   (specify) A female friend of the company, not an insider, not an employy or owner, submitted the funds to this attorney from her own personal account. Due to emergency filing and time constraints, status of loan or gift to be determined upon proper motion if necessary.

3. The source of compensation to be paid to me is:  
   ☒ Debtor             ☐ Other (specify) Any future attorney fees will come from the Debtor after Order from the Court

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. ☒ Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. ☒ Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. ☒ Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ☒ Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## (Continued)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in Post Confirmation matters after the case is no longer in the Bankruptcy Court; though the Court retains jurisdiction, and repesentation in any other chapter including a conversion .Seperate fee arrangements would have to be obtained in these aforestated representations.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| January 11, 2011 | /s/Nathan H. Goldberg |
|---|---|
| Date | Signature of Attorney |
| *Name of law firm* | Goldberg Law Firm, LLC<br>6901 Gravois<br>St. Louis, MO 63116<br>314-771-1900 fax 314-771-1903<br>nathan@goldberglawllc.com |